IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01625-MSK-MEH

MICHAEL BRODSKY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
WILLIAM A. LOVINGIER, Ex Officio Sheriff, Denver County,
D/S DIGGINS, Deputy Sheriff, Denver County,
V. CONNORS, Deputy Sheriff, Denver County,
G. McCAIN, Deputy Sheriff, Denver County,
D/S AUSTIN, Deputy Sheriff, Denver County,
D/S BURKE, Deputy Sheriff, Denver County,
D/S PETRONELLI, Deputy Sheriff, Denver County,
D/S JOHN DOE, Deputy Sheriff, Denver County,
DENVER HEALTH AND HOSPITAL SYSTEMS, a private corporation,
CARMEN K., an individual employee of Denver Health,
F. BAUER, an individual employee of Denver Health,
JOHN DOE III, an individual employee of Denver Health,
DON DOE, an individual employee of Denver Health,
JACK DOE, an individual employee of Denver Health,
SUSAN ROE, an individual employee of Denver Health,
PAM ROE, an individual employee of Denver Health,
KEINA ROE, an individual employee of Denver Health,
RENEE ROE, an individual employee of Denver Health,
JANET ROE, an individual employee of Denver Health,
(individually and in their official capacity),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2010.**

    Before the Court is Plaintiff's Motion to Correct the Date of Commencement of this Action [filed November 24, 2010; docket #42].  Defendants did not respond to this motion; thus, the Court construes the motion as unopposed.  The Court **GRANTS** Plaintiff's motion and instructs the Clerk of Court to modify the date of commencement of this action to **June 29, 2010**.  *Jarrett v. US Sprint Commc'ns Co.*, 22 F.3d 256, 259 (10th Cir. 1994) (citing *Houston v. Lack*, 487 U.S. 266 (1988)) ("a prisoner's notice of appeal is 'filed' when it is given to prison authorities for mailing to the district court").