IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01625-MSK-MEH

MICHAEL BRODSKY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
WILLIAM A. LOVINGIER, Ex Officio Sheriff, Denver County,
D/S DIGGINS, Deputy Sheriff, Denver County,
V. CONNORS, Deputy Sheriff, Denver County,
G. McCAIN, Deputy Sheriff, Denver County,
D/S AUSTIN, Deputy Sheriff, Denver County,
D/S BURKE, Deputy Sheriff, Denver County,
D/S PETRONELLI, Deputy Sheriff, Denver County,
D/S JOHN DOE, Deputy Sheriff, Denver County,
DENVER HEALTH AND HOSPITAL SYSTEMS, a private corporation,
CARMEN K., an individual employee of Denver Health,
F. BAUER, an individual employee of Denver Health,
JOHN DOE III, an individual employee of Denver Health,
DON DOE, an individual employee of Denver Health,
JACK DOE, an individual employee of Denver Health,
SUSAN ROE, an individual employee of Denver Health,
PAM ROE, an individual employee of Denver Health,
KEINA ROE, an individual employee of Denver Health,
RENEE ROE, an individual employee of Denver Health,
JANET ROE, an individual employee of Denver Health,
(individually and in their official capacity),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 1, 2010.**

    Plaintiff's Motion to Strike the Answer of Defendants Denver Health and Hospital System and Carmen K. And the Answer of Defendant F. Bauer [filed January 25, 2011; docket #58] is **denied**. In this motion, Plaintiff states he did not receive copies of these Defendants' answers until after the answer deadline. (Docket #58 at 2.) The docket reflects that Defendant F. Bauer's answer was filed on December 10, 2010. (Docket #49.) Defendants Denver Health and Carmen K.'s answer was filed on November 16, 2010. (Docket #36.) These answers were timely filed within the deadlines set by the Clerk's office, and Defendant Bauer's answer reflects an appropriately signed Certificate of Service. (*See* dockets ##22, 23, 41.) Defendants Denver Health and Carmen

K.'s answer includes an unverified Certificate of Service. (Docket #36 at 21.) In their response to this motion, counsel for these Defendants represents to the Court that, at Plaintiff's request, additional copies of both answers were mailed to Plaintiff on December 28, 2010, and January 6, 2011. (Docket #57 at 2.) Plaintiff does not state that he has not received the answers in the first instance, nor the additional copies. Accordingly, the Court finds no basis for the relief requested and denies Plaintiff's motion.