IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01625-MSK-MEH

MICHAEL BRODSKY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
WILLIAM A. LOVINGIER, Ex Officio Sheriff, Denver County,
D/S DIGGINS, Deputy Sheriff, Denver County,
V. CONNORS, Deputy Sheriff, Denver County,
G. McCAIN, Deputy Sheriff, Denver County,
D/S AUSTIN, Deputy Sheriff, Denver County,
D/S BURKE, Deputy Sheriff, Denver County,
D/S PETRONELLI, Deputy Sheriff, Denver County,
D/S JOHN DOE, Deputy Sheriff, Denver County,
DENVER HEALTH AND HOSPITAL SYSTEMS, a private corporation,
CARMEN K., an individual employee of Denver Health,
F. BAUER, an individual employee of Denver Health,
JOHN DOE III, an individual employee of Denver Health,
DON DOE, an individual employee of Denver Health,
JACK DOE, an individual employee of Denver Health,
SUSAN ROE, an individual employee of Denver Health,
PAM ROE, an individual employee of Denver Health,
KEINA ROE, an individual employee of Denver Health,
RENEE ROE, an individual employee of Denver Health,
JANET ROE, an individual employee of Denver Health,
(individually and in their official capacity),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2011.**

    Pending before the Court is Plaintiff's Motion for Leave to File an Amended Complaint [filed March 15, 2011; docket #84]. Defendants shall respond to this motion on or before **April 4, 2011**. Plaintiff may reply within *ten days* of Defendants' response.

    A deadline for filing dispositive motions was not set at the Scheduling Conference held December 20, 2010. (Docket #50.) Accordingly, the Court sets the deadline for filing dispositive motions at **July 20, 2011**, which is one month after the discovery deadline.

Plaintiff's Motion for Service of Summons and Complaint on Defendant Gina McCall [filed March 15, 2011; docket #85] is **denied without prejudice** as premature. The Court will order service on the proposed corrected and added parties upon entry of the proposed amendments to Plaintiff's First Amended Complaint, if Plaintiff's motion for leave (docket #84) is granted.